UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION**:   *Doe v. Northern Michigan University, et al.*

**Case No.**    2:18-CV-196
**Date:**       May 9, 2019
**Time:**       2:30 - 3:25 PM

**APPEARANCES**:

For the Plaintiff:    Adam M. Taub

For Defendants:    Sarah J. Hartman

**NATURE OF HEARING:**

Oral argument on Defendants' Motion to Dismiss (ECF No. 6)

Courtroom Clerk:  L. Resendiz                              Court Recorder:   S. Carpenter