UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN DOE,

          Plaintiff,                     Case No. 2:18−cv−196

    v.                             Hon. Gordon J. Quist

NORTHERN MICHIGAN UNIVERSITY, et al.,

          Defendants.
_____/

## ORDER

      The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Gordon J. Quist, shall be filed with the Court by August 9, 2019.

      IT IS SO ORDERED.

Dated:  July 12, 2019                    /s/ Ellen S. Carmody
                                        ELLEN S. CARMODY
                                        U.S. Magistrate Judge