UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN DOE,

    Plaintiff,

v.

NORTHERN MICHIGAN UNIVERSITY,
JANET KOSKI, DONNA BEAUCHAINE,
and CHRISTINE GREER,
in their official capacity only,
jointly and severally,

    Defendants.

Case No. 18-cv-00196-GJQ-TPG

Hon. Gordon J. Quist

---

| | |
|---|---|
| David A. Nacht (P47034) | Kurt P. McCamma (P51477) |
| Adam M. Taub (P78334) | Sarah P. Hartman (P71458) |
| NACHTLAW, P.C. | MILLER, CANFIELD, PADDOCK and |
| Attorneys for Plaintiff | STONE, P.L.C. |
| 101 N. Main Street, Ste. 555 | Attorneys for Defendants |
| Ann Arbor, MI 48104 | 277 South Rose Street, Ste 5000 |
| (734) 663-7550 | Kalamazoo, Michigan 49007 |
| dnacht@nachtlaw.com | mccamman@millercanfield.com |
| ataub@nachtlaw.com | hartmans@millercanfield.com |

---

**STIPULATED ORDER EXTENDING DEADLINE FOR
SUBMISSION OF DISMISSAL PAPERS**

Plaintiff and Defendants, by their respective attorneys, hereby stipulate to extend the deadline for submission of dismissal papers by fourteen (14) days. [DE. 26] The parties stipulate as follows:

WHEREAS the parties need additional time to finalize the Settlement Agreement, execute the documents necessary to complete settlement, and to submit the appropriate stipulated dismissal papers to this Court. Accordingly, the Parties agree to extend the deadline to submit the appropriate stipulated dismissal papers by fourteen (14) days.

IT IS HEREBBY ORDERED that the deadline to submit dismissal papers be extended from August 9, 2019 to August 23, 2019.

The court adopts the stipulation and IT IS SO ORDERED.


Dated:  August 8, 2019             /s/ Gordon J. Quist
                                  U.S. DISTRICT JUDGE


Stipulated as to form:

| Attorneys for Plaintiff: | Attorneys for Defendants: |
|---|---|
| /s/Adam M. Taub<br>Adam M. Taub (P78334)<br>NACHT & ROUMEL, P.C<br>101 N. Main St., Ste. 555<br>Ann Arbor MI  48104<br>(734) 663-7550<br>ataub@nachtlaw.com | /s/ Kurt P. McCamma (w/permission)<br>Kurt P. McCamma (P51477)<br>Sarah P. Hartman (P71458)<br>MILLER, CANFIELD, PADDOCK and STONE, PLC.<br>277 South Rose Street, Ste 5000<br>Kalamazoo, Michigan 49007<br>mccamman@millercanfield.com |

Dated: August 8, 2019